UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

C-04-274-JM

Linda Flanagan
and
Kevin Flanagan

v.

Modern Equipment Co., Inc.

## ORDER

Settlement approved in the amount of $300,000.00 for reasons set forth in Assented to Motion for Approval of Settlement.  The following distribution of settlement proceeds is approved:

1. $ 85,311.87 to Sheehan Phinney Bass + Green, PA for attorneys' fees.

2. $ 4,688.13 to Sheehan Phinney Bass + Green, PA for reimbursement of litigation expenses.

3. $ 60,000.00 to AIG (worker's compensation carrier) in complete satisfaction of statutory worker's compensation lien.

4. $100,000.00 to Linda and Kevin Flanagan, plus periodic payments as outlined in said Assented to Motion for Approval of Settlement.

So Ordered.

Dated: February 15, 2005

/s/ James R. Muirhead
Presiding Justice

cc: Robert R. Lucic, Esq.
    William A. Bolton, Esq.

1